PETERSON LAW OFFICES
Charles F. Peterson (Idaho Bar # 3346)
913 W. River Street # 420
Boise, ID 83702
(208) 342-4633 / (208) 336-2059 (fax)

THE SPENCE LAW FIRM, LLC
R. Daniel Fleck (*pro hac vice*)
G. Bryan Ulmer, III (*pro hac vice*)
Michael F. Lutz (Idaho Bar # 9218)
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
(307) 733-7290 / (307) 733-5248 (fax)

*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA J. YANTIS; SARAH A. YANTIS; LAURETTA D. YANTIS; and ROWDY L. PARADIS<br><br>*Plaintiffs*,<br><br>vs.<br><br>ADAMS COUNTY, IDAHO; the ADAMS COUNTY SHERIFF'S OFFICE; RYAN ZOLLMAN, individually and in his official capacity as the Adams County Sheriff; CODY ROLAND, individually and in his official capacity as an Adams County Deputy Sheriff; BRIAN WOOD, individually and in his official capacity as an Adams County Deputy Sheriff; and JOHN/JANE DOES 1-10, individually and in their official capacities,<br><br>*Defendants*. | Case No.: 1:17-cv-430-DCN<br><br><br>**AFFIDAVIT OF G. BRYAN ULMER, III IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANTS CODY ROLAND AND BRIAN WOOD** |

STATE OF WYOMING    )
                                 ) ss.
COUNTY OF TETON     )

    I, G. Bryan Ulmer, III, being duly sworn depose and state as follows:

1. I am one of the attorneys for Plaintiffs in this case and am admitted *pro hac vice* in the above captioned matter.

2. Plaintiffs filed their Complaint and Demand for Jury Trial [Doc 10] on October 27, 2017, obtained summons from the Court and began the process of serving process on the named defendants.

3. As set forth in the Status Report On Service of Process (Local Rule 4.1) [Doc 15], Defendant Cody Roland was served on November 22, 2017. A Return of Service of Summons for Defendant Cody Roland was electronically filed with the Court on November 30, 2017 [Doc 18].

4. The Summons states that Defendant Cody Roland's Answer is due 21 days from November 22, 2017, which would have been December 13, 2017.

5. Defendant Cody Roland's attorney, Peter C. Erbland and Katharine B. Brereton of Lake City Law Group, entered their appearance on November 30, 2017, [Doc 19]

6. Counsel for defendant Roland requested an extension of time to file an Answer to the Complaint until January 13, 2018. Counsel for the Plaintiffs agreed to the extension of time to file an answer until January 13, 2018.

7. Counsel for defendant Roland has not filed an Answer and has not contacted counsel for the plaintiffs seeking additional time or otherwise explaining the failure to answer.

8. As set forth in the Status Report On Service of Process (Local Rule 4.1) [Doc 15], Defendant Brian Wood was served on November 28, 2017. A Return of Service of Summons for Defendant Brian Wood was electronically filed with the Court on November 28, 2017 [Doc 16].

9. The Summons states that Defendant Brian Wood's Answer is due 21 days from November 28, 2017, which would have been December 19, 2017.

10. Defendant Brian Wood's attorney, Peter C. Erbland and Katharine B. Brereton of Lake City Law Group, entered their appearance on November 30, 2017, [Doc 19]

11. Counsel for defendant Wood requested an extension of time to file and Answer to the Complaint until January 13, 2018. Counsel for the Plaintiffs agreed to the extension of time to file an answer until January 13, 2018.

12. Counsel for defendant Wood has not filed an Answer and has not contacted counsel for the plaintiffs seeking additional time or otherwise explaining the failure to answer.

DATED this 16th day of January, 2018.

_____
G. Bryan Ulmer, III

Subscribed and sworn to before me this 16th day of January, 2018.

_____
Notary Public for Wyoming
My Commission Expires: 3·5·2018

SEAL:

LENE JORDAN - NOTARY PUBLIC
COUNTY OF TETON
STATE OF WYOMING
MY COMMISSION EXPIRES MARCH 05, 2018

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of January, 2018, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Peter C. Erbland<br>Katharine B. Brereton<br>LAKE CITY LAW GROUP, PLLC<br>435 W. Hanley Avenue, Suite 101<br>Coeur d'Alene, ID 83815<br>Tel: (208) 664-8115<br>*Attorneys for Defendants Roland and Wood* | x Email: perbland@lclattorneys.com<br>x Email: kbrereton@lclattorneys.com |
| Bentley G. Stromberg<br>CLEMENTS, BROWN & McNICHOLS, P.A.<br>Attorneys at Law<br>321 13th St.<br>P.O. Box 1510<br>Lewiston, ID 83501<br>Tel: (208) 743-6538<br>*Attorneys for Defendants Adams County, Idaho, Adams County Sheriff's Office, and Sheriff Ryan Zollman* | x Email: bstromberg@clbrmc.com |

/s/ G. Bryan Ulmer, III
THE SPENCE LAW FIRM, LLC

4