# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA J. YANTIS; SARAH A. YANTIS; LAURETTA D. YANTIS; and ROWDY L. PARADIS,<br><br>             Plaintiffs,<br><br>v.<br><br>ADAMS COUNTY, IDAHO; the ADAMS COUNTY SHERIFF'S OFFICE; RYAN ZOLLMAN, individually and in his official capacity as the Adams County Sheriff; CODY ROLAND, individually and in his official capacity as an Adams County Deputy Sheriff; BRIAN WOOD, individually and in his official capacity as an Adams County Deputy Sheriff; and JOHN/JANE DOES 1-10, individually and in their official capacities,<br><br>             Defendants. | Case No. 1:17-cv-00430-DCN<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

## THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1.    Plaintiffs must serve this Order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, the Plaintiffs must file with the Court a status report regarding service of the summons and complaint pursuant

to [Dist. Idaho L. Rule 4.1](#).[1] Alternatively, Plaintiffs may file proof of service in lieu of the status report otherwise required.

2.      Pursuant to [Dist. Idaho L. Rule 16.1](#), the parties must meet and determine:

A.      A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's litigation plan form and the discovery plan form may be found on the District Court's website, [www.id.uscourts.gov](#), under [Forms](#).[2]

B.      If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. [Dist. Idaho L. Rule 16.4](#).

3.      Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

4.      If this matter is assigned to a magistrate judge, Counsel must review and be familiar with [Dist. Idaho L. Rule 73.1](#) regarding the consent process for proceeding before a magistrate judge. Additional Information about the consent process may be found on the [Court's website](#).[3]

---

[1] The Court's local rules may be found at the following URL address: [http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm](#)

[2] The URL address to access the Court's forms may be found here: [http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm](#)

[3] Information about the consent process may be found at the following URL address: [http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm](#)

5.     Unless the Plaintiffs contact my Judicial Assistant, Amy Beers, and requests a different date and time, the Court will conduct a **telephonic scheduling conference** on **April 4, 2018**, at **10:00 a.m.** mountain time, (Pocatello chambers) for purpose of confirming the deadlines proposed by the parties in the joint Litigation Plan.

6.     **Plaintiffs** must initiate the conference call by placing it to (208) 478-8393 and must have all appropriate parties on the line.

7.     On or before **March 28, 2018**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

DATED: January 29, 2018

David C. Nye
U.S. District Court Judge