Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

    Attorneys for Defendants Adams County, Idaho, Adams
    County Sheriff's Office and Sheriff Ryan Zollman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA J. YANTIS; SARAH A. YANTIS LAURETTA D. YANTIS; and ROWDY L. PARADIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADAMS COUNTY, IDAHO; the ADAMS COUNTY SHERIFF'S OFFICE; RYAN ZOLLMAN, individually and in his official Capacity as the Adams County Sheriff; CODY ROLAND, individually and in his official Capacity as an Adams County Deputy Sheriff; BRIAN WOOD, individually and in his Official capacity as an Adams County Deputy Sheriff; and JOHN/JANE DOES 1-10, Individually and in their official capacities,<br><br>    Defendants. | Case No: 1:17-cv-430-DCN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS    -1-

Plaintiffs, by and through their attorney, R. Daniel Fleck and defendants, Adams County, Idaho, Adams County Sheriff's Office and Sheriff Ryan Zollman, by and through their attorney, Bentley G. Stromberg, and defendants Cody Roland and Bryan Wood, by and through their attorney of record, Peter C. Erbland, stipulate that plaintiffs' Complaint be dismissed as to all defendants with prejudice in its entirety and without costs or attorneys' fees to any party.

DATED this 20th day of November 2018.

THE SPENCE LAW FIRM, LLC

By   /s/
    R. DANIEL FLECK
    Attorneys for Plaintiffs

DATED this 20th day of November 2018.

CLEMENTS, BROWN & McNICHOLS, P.A.

By   /s/
    BENTLEY G. STROMBERG
    Attorneys for Defendants Adams County,
    Idaho, Adams County Sheriff's Office and
    Sheriff Ryan Zollman

DATED this 20th day of November 2018.

        LAKE CITY LAW GROUP

By   /s/
     PETER C. ERBLAND
     Attorneys for Defendants Cody Roland and Bryan Wood

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS   -3-

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

R. Daniel Fleck
G. Bryan Ulmer, III
Michael Lutz
The Spence Law Firm, LLC
15 S. Jackson Street
P. O. Box 548
Jackson, WY 83001

Charles F. Peterson
Peterson Law Offices
913 W. River Street #420
Boise, ID 83702

Peter C. Erbland
Katharine B. Brereton
Lake City Law Group, PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815

    /s/
Bentley G. Stromberg