IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA J. YANTIS; SARAH A. YANTIS LAURETTA D. YANTIS; and ROWDY L. PARADIS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ADAMS COUNTY, IDAHO; the ADAMS COUNTY SHERIFF'S OFFICE; RYAN ZOLLMAN, individually and in his official Capacity as the Adams County Sheriff; CODY ROLAND, individually and in his official Capacity as an Adams County Deputy Sheriff; BRIAN WOOD, individually and in his Official capacity as an Adams County Deputy Sheriff; and JOHN/JANE DOES 1-10, Individually and in their official capacities,<br><br>　　　　　Defendants. | Case No: 1:17-cv-00430-DCN<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Upon reading and filing the Stipulation For Dismissal With Prejudice As To All Defendants (Dkt. 34), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed as to all defendants in its entirety with prejudice and without costs or attorneys' fees to any party.

#

DATED: November 20, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER FOR DISMISSAL WITH PREJUDICT AS TO ALL DEFENDANTS - 1